**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | |
|---|---|
| **DENARIUS LEWIS, CAROLL RUIZ, COREY WEINER, on their own behalf and others similarly situated,** | **CASE NO.: 2:10-cv-00760-CEH-DNF** |
| **Plaintiffs,** | |
| **v.** | |
| **PANERA BREAD COMPANY, a foreign corporation,** | |
| **Defendant.** | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this case without prejudice. This dismissal is appropriately without prejudice because this litigation is the first in which the Plaintiffs have asserted the claims alleged in the Complaint and Defendant has not filed an answer or a motion to dismiss. See *Matthews f. Gaither,* 902 F.2d 877, 880 (11th Cir. 1990) citing *Pilot Freight Carriers, Inc. v. Int'l Bhd. of Teamsters,* 506 F.2d 914, 916 (5th Cir. 1975) ("Rule 41(a)(1) means precisely what it says.") and *Williams v. Ezell*, 531 F.2d 1261, 1264 (5th Cir. 1976) ("The court had no power or discretion to deny plaintiff's right to dismiss or to attach any condition or burden to that right.")

DATED this 2nd day of April, 2012

Respectfully submitted,


*/s/ Sam J. Smith*
Sam J. Smith, Esquire
Florida Bar No. 818593
Marguerite M. Longoria, Esquire
Florida Bar No. 998915
BURR & SMITH, LLP
442 W. Kennedy Blvd., Suite 300
Tampa, Florida  33606
Telephone: (813) 253-2010
Facsimile: (813) 254-8391
Email: ssmith@burrandsmithlaw.com
Email: mlongoria@burrandsmithlaw.com

Gregg I. Shavitz, Esquire
Florida Bar No. 011398
SHAVITZ LAW GROUP, P.A.
1515 South Florida Hwy, Suite 404
Boca Raton, Florida  33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
Email: gshavitz@shavitzlaw.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd day of April, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Sam J. Smith*
Attorney